JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| DAVID JONELIS | ) CASE NO. 2:18-cv-00454-MWF-JPR |
|---|---|
| Plaintiff, | ) |
| vs. | ) **ORDER ON STIPULATION TO** |
| AETNA LIFE INSURANCE COMPANY | ) **DISMISS CASE WITH PREJUDICE** |
| Defendant. | ) |

Pursuant to the stipulation of the parties, and good cause appearing therefore, this Court hereby dismisses this matter with prejudice, each party to bear its own fees and costs.

IT IS SO ORDERED.

Dated: _September 10, 2018

_____
Hon. Michael W. Fitzgerald
United States District Judge